UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SEDO, ARMANDO | ) | CASE NO.: 05-68467 |
| | ) | CHAPTER 7 BANKRUPTCY |
| Debtor(s) | ) | |
| | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

Comes now Daniel L. Freeland and respectfully represents and shows:

1. That I am the Trustee for the estate of the above-named Debtor(s).

2. That pursuant to the Claims Distribution Summary, I made distribution to the persons named and in the amount set out therein.

3. That the following distribution checks were mailed to the following payees:

Check No: 109     Amt: $127.01     Providian Bank, PO Box 4017, Woburn, MA 01888
Check No: 112     Amt: $169.49     Verizon, 1515 Woodfield Rd., Schaumburg, IL 60173
Check No: 113     Amt: $125.27     Asset Acceptance, PO Box 2036, Warren, MI 48090
Check No: 115     Amt: $228.30     FNANB PCM, 222 S. Harbor Blvd., Anaheim, CA 92805

4. That said checks have never been presented for payment and are therefore stale, and pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and accordingly I am tendering herewith my Check No. 116 in the amount of $650.07 payable to the Clerk, U.S. Bankruptcy Court.

Dated February 9, 2011

        /s/ Daniel L. Freeland
Daniel L. Freeland, Trustee
9105 Indianapolis Boulevard
Highland, IN 46322
Telephone: (219) 922-0800

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2011, service of a true and complete copy of the above document was served by:
Electronic Notice on: United States Trustee
and by regular first class mail upon:
 Providian Bank, PO Box 4017, Woburn, MA 01888
Verizon, 1515 Woodfield Rd., Schaumburg, IL 60173
Asset Acceptance, PO Box 2036, Warren, MI 48090
FNANB PCM, 222 S. Harbor Blvd.. Anaheim, CA 92805

        /s/ Daniel L. Freeland
Daniel L. Freeland, Trustee